PD-0976-15

No 14-14-00609-CR

In The
Court of Criminal Appeals
Austin, Texas

RECEIVED IN
COURT OF CRIMINAL APPEALS
JUL 29 2015
Abel Acosta, Clerk

Matthew Vincent Woodard

v

The State of Texas

FILED IN
COURT OF CRIMINAL APPEALS
JUL 29 2015
Abel Acosta, Clerk

From Appeal No 14-14-00609 CR
Trial Cause No 1366319
HARRIS County

## First Motion For Extension of Time To File Petition For Discretionary Review

To The Honorable Judges of the Court of Criminal Appeals:

Comes Now Matthew Woodard, Petitioner, and Files This Motion For An Extension of sixty (60) days in which to file a Petition For Discretionary Review. In Support of this motion, Appellant shows The Court The Following:

### I.

The Petitioner was convicted in the 182 District Court of HARRIS County, Texas of the offense of Aggravated Assault w/ow in Cause No. 1366319, styled State of Texas vs. Matthew Vincent Woodard. The Petitioner Appealed to the

Court of Appeals, Fourteenth Supreme Judicial District, the case was affirmed on 6-25-2015.

## II.

The present deadline for filing the Petition for Discretionary Review is July 25 2015. The Petitioner has not requested any extension prior to this request.

## III.

Petitioner's request for an extension is based upon the following facts: Petitioner was not informed of the decision of the Court of Appeals in affirming his case until June 27-15. Since that time Petitioner has been attempting to gain legal representation in this matter. His attorney on the appeal, Thomas J. Lewis, has informed Petitioner that he will not represent him on the Petition for Discretionary Review.

Wherefore, Petitioner prays this Court grant this motion and extend the deadline for filing the Petition for Discretionary Review in Case No 14-14-00009-cr to September 26 2015.

Matthew Vincent Woodard
Petitioner, Pro Se
Texas Department of Criminal Justice Estelle Unit
TDCJ-ID# 01942000
Huntsville, Texas 77320

# CERTIFICATE OF SERVICE

I CERTIFY THAT A TRUE AND CORRECT COPY OF THE ABOVE AND FOREGOING FIRST MOTION FOR EXTENSION OF TIME TO FILE A PETITION FOR DISCRETIONARY REVIEW, HAS BEEN FORWARDED BY U.S. MAIL, POSTAGE PREPAID, FIRST CLASS, TO THE ATTORNEY FOR STATE, KIMBERLY STELTER, AT HARRIS COUNTY, AND TO THE STATE PROSECUTING ATTORNEY, P.O. BOX 12405 AUSTIN, TEXAS 78711 on this the _26th_ day of _JULY_ 20_15_.

_Matthew Woodard_
Petitioner, PRO SE

I, _Matthew Woodard_, TDCJ # _01942000_, Being PRESENTLY INCARCERATED IN THE _Estelle_ UNIT OF THE TEXAS DEPARTMENT OF CRIMINAL JUSTICE IN _WALKER_ COUNTY, TEXAS, VERIFY AND DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING STATEMENTS ARE TRUE AND CORRECT. EXECUTED ON THIS THE _26th_ day of _JULY_ 20_15_.

_Matthew Vincent Woodard_
Estelle Unit, TDCJ # 1942000